**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DERRON MCLEAD, | ) | No. ED CV 02-858-GAF(CW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| GEORGE GALAZA (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objection has been made.[1] The court accepts the findings and recommendation of the

---

[1] Petitioner has not filed objections, despite having been granted five extensions of time in which to do so. Petitioner's sixth extension request was denied on September 8, 2011. In objections filed February 4, 2011 (docket no. 52), Respondent correctly pointed out two errors in the Report and Recommendation. The reference at p. 11, lines 8-9, to statements made in "January 2006 and May 2006" should read "January 1996 and May 1996," and the reference at p. 12, lines 2 and 12, to the AEDPA filing as expiring on, "February 18, 2008" should read "February 18, 1998."

Magistrate Judge.[2]  **IT IS THEREFORE ORDERED** that judgment be entered dismissing the Petition, with prejudice, as time-barred.

DATED:  September 13, 2011

_____
GARY A. FEESS
United States District Judge

---

[2]  The Report and Recommendation is accepted subject to the corrections noted above.