**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DERRON MCLEAD, | ) | No. EDCV 02-858-GAF(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| GEORGE GALAZA (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: September 13, 2011

_____
GARY A. FEESS
United States District Judge